# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

RICHARD ATWILL                                    PLAINTIFF

v.                          No. 2:25-cv-173-DPM

WEST MEMPHIS SCHOOL DISTRICT              DEFENDANT

## ORDER

Motion, *Doc. 9*, noted.  Final Scheduling Order, *Doc. 8*, suspended. The Court looks forward to defendant's response in due course. The Court will revisit the schedule thereafter.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2026